# INITIAL APPEARANCE

In the matter of United States v. Tavis Washburn
Cause #. 18-MJ-3457 ;
Date: Thursday, November 8, 2018 ;
B. Paul Briones, United States Magistrate Judge presiding
Commenced hearing at 10:08 a.m.
Appearing for the U.S. Attorney for the District of NM: David Cowen - via telephone
Interpreter N/A (Swear In)

## RIGHTS
- [✓] Right to remain silent. 5d1E
- [✓] Right to an attorney.    5d1B
- [✓] Right to a Preliminary Hearing. 5d1D
- [✓] Right to a Detention Hearing. 5d1C
- [ ] Right to an Identity Hearing. 20
- [✓] Right to a trial before a jury.   R58b2
- [✓] Right to Country's Consular Representative Notification.

## CHARGES AND MAXIMUM PENALTIES / VICTIMS
- [✓] Defendant has been provided copy of the charging document.
- [✓] Charges were read to Defendant by Judge Briones
- [✓] Defendant acknowledged understanding the charges.
- [✓] +AUSA advised Defendant of penalties, fines period of supervised release
- [✓] Court advised applicability of the Crime Victims' Rights Act 18 U.S.C. §3771(a)(2)
- [✓] Court could also order you to pay restitution to the alleged victim(s) in this case. *[For Victim   cases; R58b2 requires this advisement for misd; 18 USC § 3556 is rest statute]*

## APPOINTMENT OF COUNSEL [*IF NONE*]
- [✓] Court appointed Counsel.
- [ ] Defendant advised that he/she has retained or intends to retain an attorney.

## DETENTION
- [✓] Granted Motion to Detain and remanded Defendant into the custody of the U.S. Marshal.
- [✓] Detention hearing Scheduled for  Tuesday, November 13, 2018 .
- [✓] Advised of pre-trial interview.

## PRELIMINARY HEARING
- [✓] Scheduled preliminary hearing for  Tuesday, November 13, 2018 .
- [✓] Advised of pre-trial interview.

## IDENTITY HEARING if Criminal Complaint/Indictment arose from jurisdiction other than NM.
- [ ] Charges arising out of the Federal District of [_____],
- [ ] Identity Hearing scheduled for  _____ .

## MEDICATIONS, DRUGS OR ALCOHOL
- [✓] Inquired whether Defendant was on any prescribed medications or other drugs or alcohol at time of hearing affecting Defendant's ability to understand the proceedings.
      Yes [   ] / No [X]

## ADDITIONAL MATTERS BROUGHT BEFORE THE COURT
- [✓] Defendant raised the following: N/A .

Concluded the Initial Appearance at  11:19 a.m.