# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Jerry H. Ritter

Preliminary/Detention

| | | | |
|---|---|---|---|
| Case Number: | 18mj3457 | UNITED STATES vs. Washburn | |
| Hearing Date: | 11/13/2018 | Time In and Out: | 11:30 am – 12:16 am |
| Clerk: | C. Lopez | Courtroom: | Rio Grande |
| Defendant: | Tavis Washburn | Defendant's Counsel: | Alejandro Fernandez |
| AUSA | David Cowen | Pretrial/Probation: | Delma Ramos |
| Interpreter: | | | |

### Initial Appearance

- ☐ Defendant sworn
- ☐ Defendant received a copy of charging document
- ☐ Court advises defendant(s) of possible penalties and all constitutional rights
- ☐ Defendant
- ☐ Government moves to detain       ☐ Government does not recommend detention
- ☐ Set for ____ on ____ @ ____

### Preliminary/Show Cause/Identity

- ☐ Defendant
- ☒ Court finds probable cause        ☐ Court does not find probable cause

### Custody Status

- ☐ Defendant waives detention hearing
- ☐ Defendant
- ☒ Conditions of release imposed    Released to La Pasada w/conditions

### Other

- ☐ Matter referred to ____ for final revocation hearing
- ☐