**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAR 0 7 2019

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 18-MJ-3457 |
| TAVIS WASHBURN, | |
| Defendant. | |

### ORDER MODIFYING CONDITIONS OF RELEASE

THIS MATTER having come before the Court upon the *Unopposed Motion to Modify Conditions of Release* [Doc. 15] filed by the Defendant, and the Court being fully informed in the matter,

FINDS that the motion is well taken and should be granted.

IT IS THEREFORER ORDERED that the Defendant's conditions of release are hereby modified to allow Defendant to travel to Farmington, New Mexico, to attend the birth of his child.

IT IS FURTHER ORDERED that Defendant shall be driven to and from La Pasada Halfway House and Farmington, New Mexico, by his mother. Defendant shall notify his Pretrial Services Officer Anthony Carter before he leaves La Pasada and upon his return to La Pasada. No other conditions of release will be modified.

_____
UNITED STATES MAGISTRATE JUDGE

Submitted by:
Alejandro B. Fernandez, AFPD