FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUL 12 2019

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CRIMINAL NO. 19-2072 MV |
| vs. | ) Count 1: 18 U.S.C. §§ 1153 and 1112: Involuntary Manslaughter; |
| **TAVIS WASHBURN**, | ) |
| Defendant. | ) Count 2: 18 U.S.C. § 1153(b) and N.M. STAT. ANN. § 30-6-1: Child Abuse. |

INFORMATION

The United States Attorney charges:

Count 1

On or about February 15, 2018, in Indian Country, in San Juan County, in the District of New Mexico, the defendant, **TAVIS WASHBURN**, an Indian, unlawfully killed John Doe 1 while in the commission of an unlawful act not amounting to a felony, that is speeding and operating a motor vehicle while under the influence of alcohol.

In violation of 18 U.S.C. §§ 1153 and 1112.

Count 2

On or about February 15, 2018, in Indian Country, in San Juan County, in the District of New Mexico, the defendant, **TAVIS WASHBURN**, an Indian, and a parent, guardian and custodian of John Doe 2, negligently, recklessly, and without justifiable cause, operated a motor vehicle while under the influence of alcohol, causing John Doe 2, a child under the age of eighteen, to be placed in a situation that may have endangered the life and health of John Doe 2.

In violation of 18 U.S.C. § 1153(b) and N.M. STAT. ANN. § 30-6-1.

JOHN C. ANDERSON
United States Attorney

*allen jr*

ALLISON JAROS
Assistant U.S. Attorney
P.O. Box 607
Albuquerque, NM 87103
505-346-7274