# Certificate of Completion

This certifies that the person named below has completed a
4 Hour Parent Education And Family Stabilization Course

**COURSE FOR PARENTS**
PARENT EDUCATION AND FAMILY STABILIZATION COURSE

Tavis Washburn

2206 4th St Nw, Albuquerque, NM 87102

Date of Birth: 04/10/1992

Date of Course Completion: 05/02/2019

Certificate Number: 244286





Ms. Shera S. Aldridge, Course Instructor
(407) 906-6254 | certificate@CourseForParents.com



The Evolution Group™

# Certificate of Completion

## Awarded to

### *Tavis Washburn*

The Board of Directors of the Evolution Group congratulates you on the completion of the Parenting Support Group.
Conveyance of this certificate indicates our recognition of your achievement of and commitment to the goals of recovery.

_____          4/18/2019
Counselor                                Date