IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

v.           No. 19 CR 2072 MV

TAVIS WASHBURN,

        Defendant.

## ADDENDUM TO SENTENCING MEMORANDUM

Defendant Tavis Washburn, by and through counsel, Assistant Federal Public Defender Alejandro B. Fernandez, hereby provides a letter to be added to the previously submitted *Sentencing Memorandum* [Doc. 28] for the Court's review.

Respectfully Submitted,

*[Electronically Filed]*
ALEJANDRO B. FERNANDEZ
Counsel for Mr. Tavis-Washburn
Federal Public Defender
111 Lomas Blvd. NW, Suite 501
Albuquerque, New Mexico 87102
(505) 346-2489
alejandro_fernandez@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT on November 15, 2019, I filed the foregoing electronically through the CM/ECF system, which caused AUSA Allison Jaros and to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

*[Electronically Filed]*