# DEPARTMENT OF PUBLIC SAFETY COVER SHEET

| INCIDENT | | | | |
|---|---|---|---|---|
| OFFENSE: | All Other Arrestable/Chargeable Offenses | | INCIDENT NO.: PRIMARY REPORT | 2018-11224 |
| DATE OF OFFENSE: | February 15, 2018 | TIME: | CASE NO.: | 18-77-10-0023 |
| LOCATION OF OFFENSE: | Address Type: HIGHWAY OR ROAD   Road Type: US ROUTE<br>County: SAN JUAN<br>Highway: US491  Mile Marker: 68<br>Latitude: 36.447959  Longitude: -108.721741 | | COUNTY: | San Juan |

| PERSON CODE | NAME | DOB | SSN# | ADDRESS | TELEPHONE |
|---|---|---|---|---|---|
| SUSPECT | WASHBURN, TAVIS | | | | |
| DECEASED | W██████, O██ | | | | |
| VICTIM | W██████, M██ | | | | |
| VICTIM | J████, A███ | | | | |

**ATTACHMENTS**

SL-1, copy of GMC consent to search
SL-2, copy of Kia consent to search
SL-3, copy of UCR23309277
SL-4, copy of GMC CDR report
SL-5, copy of Diagram
SL-6, copy of calculations

| ADMIN | | | | |
|---|---|---|---|---|
| REPORTING OFFICER: | PATROLMAN STANLEY LUNDY  *SCL* | CASE STATUS: | | ACTIVE |
| COPIES TO: | SA Fancher, AUSA, DPS file | | | |

**GOVERNMENT EXHIBIT 1**

# STATE OF NEW MEXICO INCIDENT REPORT

| ORI NO. | INCIDENT NO. | PRIMARY | PAGE | OF |
|---|---|---|---|---|
| NMNSP7700 | 2018-11224 | Y | 1 | 9 |

**OCCURRENCE DATE(S)**
- ON: MM/DD/YYYY 02/15/2018
- OR BETWEEN: MM/DD/YYYY
- DATE REPORTED: MM/DD/YYYY 02/15/2018

**AGENCY:** NMSP SPEC OPS
**COUNTY:** San Juan
**OPTIONAL USE (CASE NO., ETC.):** 18-77-10-0023

| TIME | DAY | TIME | DAY | TIME | DAY |
|---|---|---|---|---|---|
|  | THU |  |  |  | THU |

**HATE / BIAS MOTIVATION:** No Hate/Bias motivation apparent

**GANG REL.:** Yes [ ]  No [X]

**ADDRESS/LOCATION OF INCIDENT**
Address Type: HIGHWAY OR ROAD    Road Type: US ROUTE
County: SAN JUAN
Highway: US491    Mile Marker: 68
Latitude: 36.447959    Longitude: -108.721741

**OFFENSE / INCIDENT**
All Other Arrestable/Chargeable Offenses

| FEL./MISD. | ATTEM | COMP | DOM. VIOL. | SEX | CHILD |
|---|---|---|---|---|---|
|  | - | - | X | N | N | N |

OFFENDER(S) SUSPECTED OF USING:
| ALCOH. | DRUG | COMP. |
|---|---|---|
| U | U | N |

BURGLARY Force No F | Burglarized (# of) | Cargo Theft | AGG ASSAULT

**STATUTE OR ORDINANCE:** Other Reportable Incident
**UCR OFFENSE:** All Other Arrestable/Chargeable Offenses
**CRIM. ACTIVITY:**
**LOCATION:**
WEAPON
WEAPON
WEAPON

---

**PERSON CODE:** SUSPECT
**TYPE CODE:** INDIVIDUAL
**INJURY CODE:** APPARENT MINOR INJURY

**NAME (LAST, FIRST, MIDDLE):** WASHBURN, TAVIS
**SOCIAL SECURITY NO.:**    **DOB:**    **AGE:** 25  **SEX:** M  **RACE:** WHI BLK ASIA IND UNK
**OCCUPATION:**
**HEIGHT WEIGHT HAIR EYES    ETHNICITY    Residential Status:** RES / NON
**EMPLOYER / SCHOOL:**
**GANG AFFILIATION:**
**ARREST/CITATION NO. F.B.I. NO    S.I.D. NO.    NCIC NO.    TYPE OF ARREST:** ON VIEW / CITED / CUST.
**SUSPECT OF OFFENSE:**

---

**PERSON CODE:** DECEASED
**TYPE CODE:** INDIVIDUAL
**INJURY CODE:** OTHER MAJOR INJURY

**NAME (LAST, FIRST, MIDDLE):** W[redacted], O[redacted]
**SOCIAL SECURITY NO.:**    **DOB:**    **AGE:**    **SEX:** M  **RACE:** WHI BLK ASIA IND UNK
**OCCUPATION:**
**HEIGHT WEIGHT HAIR EYES    ETHNICITY    Residential Status:** RES / NON
**EMPLOYER / SCHOOL:**
**GANG AFFILIATION:**
**ARREST/CITATION NO. F.B.I. NO    S.I.D. NO.    NCIC NO.    TYPE OF ARREST:** ON VIEW / CITED / CUST.

**VICTIM OF OFFENSE:** ALL OTHER ARRESTABLE/CHARGEABLE OFFENSES
**VICTIM OF SUSPECT:**
**RELATIONSHIP:**

| STATE OF NEW MEXICO INCIDENT REPORT | ORI NO. NMNSP7700 | INCIDENT NO. 2018-11224 | PRIMARY Y | PAGE 2 | OF 9 |

| PERSON CODE | TYPE CODE | INJURY CODE |
|---|---|---|
| VICTIM | INDIVIDUAL | OTHER MAJOR INJURY |

| NAME (LAST, FIRST, MIDDLE) | SOCIAL SECURITY NO. | DOB | AGE | SEX | RACE: WHI BLK ASIA IND UNK |
|---|---|---|---|---|---|
| W[redacted], M[redacted] | | | | M | |

| OCCUPATION | HEIGHT WEIGHT HAIR EYES | ETHNICITY | Residential Status: RES NON |

| EMPLOYER / SCHOOL | GANG AFFILIATION |

| ARREST/CITATION NO. F.B.I. NO | S.I.D. NO. | NCIC NO. | TYPE OF ARREST: ON VIEW CITED CUST. |

| VICTIM OF OFFENSE | VICTIM OF SUSPECT | RELATIONSHIP |
|---|---|---|
| ALL OTHER ARRESTABLE/CHARGEABLE OFFENSES | WASHBURN, TAVIS | VICTIM WAS CHILD |

| PERSON CODE | TYPE CODE | INJURY CODE |
|---|---|---|
| VICTIM | INDIVIDUAL | APPARENT MINOR INJURY |

| NAME (LAST, FIRST, MIDDLE) | SOCIAL SECURITY NO. | DOB | AGE | SEX | RACE: WHI BLK ASIA IND UNK |
|---|---|---|---|---|---|
| J[redacted], A[redacted] | | | 25 | M | |

| OCCUPATION | HEIGHT WEIGHT HAIR EYES | ETHNICITY | Residential Status: RES NON |

| EMPLOYER / SCHOOL | GANG AFFILIATION |

| ARREST/CITATION NO. F.B.I. NO | S.I.D. NO. | NCIC NO. | TYPE OF ARREST: ON VIEW CITED CUST. |

| VICTIM OF OFFENSE | VICTIM OF SUSPECT | RELATIONSHIP |
|---|---|---|
| ALL OTHER ARRESTABLE/CHARGEABLE OFFENSES | WASHBURN, TAVIS | VICTIM WAS STRANGER |

| VEHICLE STATUS | VEHICLE TYPE | REGISTERED OWNER'S NAMES |
|---|---|---|
| SUSPECT'S VEHICLE | AUTOMOBILE | |

| YEAR | MAKE | MODEL | BODY STYLE | LICENSE NO. | LIC. YEAR | LIC. ST. | TOP COLOR | BTM. COLOR | VALUE / DAMAGE EST. |
|---|---|---|---|---|---|---|---|---|---|
| 2008 | KIA | KIA/ | 4D | [redacted] | 2017 | NM | RED | RED | |

| VIN | DISTINGUISHING FEATURES / VISIBLE DAMAGE |
| [redacted] | |

| ADDRESS | LIEN HOLDER |

| TOW TO / BY | NCIC NO. |

| AGENCY OPTIONAL USE | TOWED FROM | OWNER NOTIFIED DATE RECOVERED TIME RECOVERED |

| VEHICLE STATUS | VEHICLE TYPE | REGISTERED OWNER'S NAMES |
|---|---|---|
| VICTIM'S VEHICLE | TRUCK (PICK-UP) | |

| YEAR | MAKE | MODEL | BODY STYLE | LICENSE NO. | LIC. YEAR | LIC. ST. | TOP COLOR | BTM. COLOR | VALUE / DAMAGE EST. |
|---|---|---|---|---|---|---|---|---|---|
| 2015 | GMC | GMC/ | PK | [redacted] | 2018 | NM | BLK | BLK | |

| VIN | DISTINGUISHING FEATURES / VISIBLE DAMAGE |
| [redacted] | |

| ADDRESS | LIEN HOLDER |

| TOW TO / BY | NCIC NO. |

| AGENCY OPTIONAL USE | TOWED FROM | OWNER NOTIFIED DATE RECOVERED TIME RECOVERED |

| STATE OF NEW MEXICO INCIDENT REPORT | ORI NO. | INCIDENT NO. | PRIMARY | PAGE | OF |
|---|---|---|---|---|---|
| | NMNSP7700 | 2018-11224 | Y | 3 | 9 |
| M.O. EVENT CODES : (AGENCY OPTIONAL USE) ASSIST FBI WITH FATAL CRASH INVESTIGATION 18-77-10-0023 | | | TOTAL VALUE STOLEN | TOTAL VALUE REC. | |
| SYNOPSIS Cold case fatal crash investigation, two vehicle crash, on fatality, alcohol involved. | | | | | |

| STATE OF NEW MEXICO INCIDENT REPORT | ORI NO. NMNSP7700 | INCIDENT NO. 2018-11224 | PRIMARY Y | PAGE 4 | OF 9 |
|---|---|---|---|---|---|

**NARRATIVE**

The week of April 2, 2018, Federal Bureau of Investigations (FBI) Special Agent (SA) Kalon Fancher, Farmington office, requested the assistance of the New Mexico State Police (NMSP) Crash Reconstruction Unit (CRU) in the investigation of a crash. SA Fancher explained the crash happened February 15, 2018, about 10:00 PM on US491 near mile post 68. This was by a community named Little Water. Navajo Police Department (NPD) officers had responded to the call and taken the crash report. There were two vehicles involved, a 2015 GMC pickup driven by A▒▒▒ J▒▒▒▒, the only occupant, and a 2008 Kia driven by Tavis Washburn with passengers M▒▒▒ W▒▒▒▒ (2-year-old) and O▒▒▒ W▒▒▒▒▒. O▒▒▒▒ W▒▒▒▒▒ was killed in the crash. Tavis Washburn was suspected of being impaired by alcohol. The GMC was at a residence about 5 miles north of Sanostee. The Kia was at Bucks Towing in Shiprock. SA Fancher had obtained consent to search for the vehicles. Arrangements were made to meet on Tuesday April 10, 2018, at Sanostee.

On Tuesday April 10, 2018, about 10:00 AM I met SA Fancher, NPD Criminal Investigator (CI) Wilson Charlie and NMSP Officer Bryan Troncoso, Commercial Vehicle Enforcement Bureau Gallup, at the Sanostee Chapter House. SA Fancher gave me a copy of the consent to search form for the GMC and Kia, a copy of NPD Uniform Crash Report 23309277 and printed photographs of the GMC and Kia at the crash scene. We went about ▒ ▒▒▒▒▒▒▒ of the Sanostee Chapter House to a residence off road ▒▒. There was a black GMC 1500 crew cab pickup VIN ▒▒▒▒▒▒▒▒▒▒▒▒ bearing New Mexico license plate ▒▒▒▒ parked by a travel trailer. This was identified as the GMC that was involved in the crash and SA Fancher had obtained consent to search for.

We started the GMC investigation about 11:00 AM. Officer Troncoso was assigned to document the GMC with still photography. I was assigned to collect data from the Event Data Recorder (EDR) of the GMC. SA Fancher and CI Charlie were there to observe. The GMC had a pink lip sticker on the passenger side of the tailgate and a yellow Zia symbol on the driver side of the tailgate. The front of the passenger side front door was against the passenger side front fender. The rear of the passenger side front fender was slightly buckled from induced damage. The passenger side of the front bumper and bottom of the fender were bent from contact damage. The driver side front tire was a spare tire, the original tire was in the bed. The driver door and driver side rear door were pushed in from contact damage. The driver side of the bottom of the cab was pushed inward to the frame. The driver side frame rail was pushed in from contact damage. The driver side front of the pickup bed was pushed in from contact damage. The middle of the driver side of the cab was buckled up causing the driver side rear corner of the cab to be pulled down. The driver side rear door window glass was missing. The cab rear window glass was missing. The tire from the driver side front was in the pickup bed. It was deflated and had a puncture in the sidewall. The front airbags and the driver side curtain were deployed. The driver and front passenger seatbelts were locked in the retracted position. The size tires on the GMC were 265/70R17. I connected a Bosch Crash Data Retrieval (CDR) tool, version 17.7, to the Data Link connector (DLC) of the GMC. The battery was dead. I supplied power to the GMC battery with a battery booster box. I collected data from the GMC EDR in a 40 page CDR report. We concluded the GMC investigation about 12:30 PM.

We went to crash scene on US491 near mile post 68. We started the scene investigation about 1:00 PM. Present were CI Charlie, SA Fancher, Officer Troncoso and myself. SA Fancher had to leave before the scene investigation was completed. Officer Troncoso was assigned to map the crash scene with a Total Station. I was assigned to document the crash scene with still photography using Officer Troncoso camera and to

| STATE OF NEW MEXICO INCIDENT REPORT | ORI NO. NMNSP7700 | INCIDENT NO. 2018-11224 | PRIMARY Y | PAGE 5 | OF 9 |

hold a prism pole on some points to map in the scene.

US491 was a four-lane highway that ran generally north and south. At the crash scene, there were four lanes for southbound traffic, one left turn lane, two through lanes and one right turn lane. There were two lanes for northbound traffic. At the crash scene, the northbound and southbound lanes were divided by a concrete median. There was an opening in the concrete median on the south end of the crash scene for US491 traffic to turn left or right. The posted speed limit on US491 was 45 MPH. There was an Express gas station/convenience store on the west side of the road from the crash scene. There was a frontage road that ran parallel to US491 in front of the Express station. The Express station was on the west side of the frontage road. There were two entrances/exits from US491 to the Express station, one on the south side and one on the north side. There were stop signs for traffic approaching US491 on the entrance/exit roads. There was a road that continued across US491 east from the south entrance/exit. The north and south entrance/exit to the Express station were two lanes, paved and striped, that ran between US491 and the frontage road. There were metal cattle guards in the entrance/exit lanes. In the center of the north entrance/exit, there was triangle shaped raised island with concrete curbs by US491.

There were gouges in the asphalt of the southbound right through lane south of the triangle. The gouges tracked southeast from the right lane to the center line between the southbound right lane and left lane. There were gouges and tire marks that tracked southeast from the center line across the southbound left through lane, across the southbound left turn lane, across the concrete median curb and into the northbound left lane. The final rest position of the Kia was in the left northbound lane. The final rest position of the Kia tires was marked with green paint. There were gouges and tire marks that tracked southeast in the right southbound through lane, across the left southbound through lane, across the southbound left turn lane and across the concrete median curb just before the median opening. The final rest position of the GMC was on the dirt right of way of the southeast corner of US491 and the road across from the south entrance/exit to the Express station.

CI Charlie explained that the GMC was coming from the north entrance/exit to the Express station turning right (south) on US491. The Kia was traveling south on US491 in the right lane. The front of the Kia impacted the driver side of the GMC. The Kia traveled southeast from the impact to final rest in the northbound lane of US491. The GMC traveled southeast from the impact to final rest on the dirt right of way of the southeast corner of US491 and the road across from the south entrance/exit to the Express station.

When I reviewed UCR 23309277, a silver sedan and red pickup were described in part of the narrative and there were two diagrams attached. CI Charlie explained that after the Kia and GMC crash, US491 was closed to traffic and there had been a second crash at the south end of the GMC and Kia crash scene involving a silver sedan and red pickup. This second crash had been combined into one packet with the crash involving the Kia and GMC. The measurement log for one of the diagrams contained 32 points of data that was consistent with Total Station data (X, Y, Z measurements). The header of the measurement log was not filled out. CI Charlie had no knowledge of who would have been at the crash scene with a Total Station but would try and find out.

I pulled a drag sled for ten pulls south in the right southbound lane. The weight of the drag sled and the pull weights were recorded. I calculated a drag factor for the

road of .76-.83.

We concluded the scene investigation about 5:00 PM.

We went to Bucks Towing in Shiprock at the intersection of US491 and State Road 64. We started the Kia investigation about 5:30 PM. Present were CI Charlie, Officer Troncoso and myself. Officer Troncoso was assigned to document the Kia with still photography. The Kia was towards the back of the lot with other vehicles on all sides. The Kia had heavy contact damage across the front. The front bumper and grill were missing. The front was pushed to the rear, more on the passenger side. The hood was pushed to the rear and buckled up. The driver side front fender was torn and pushed to the rear. The headlight assemblies were missing. The passenger side front fender was torn off. The passenger side front tire was pushed to the rear. The windshield was torn from the opening on the passenger side. The passenger side A pillar was pushed to the rear and part of it was missing, it had been cut out. The top of the rood on the passenger side was pushed to the rear. The passenger side rear corner had contact damage. The taillight lens was broken, the rear bumper cover was torn and had black marks, and the passenger side rear quarter panel was dented and torn. The passenger side rear door and front door were missing. The passenger side B pillar was missing, it had been cut out. Front airbags were deployed. CI Charlie collected a blue folder with paperwork from the driver side rear floorboard.

The photographs taken, Total Station data and CDR data were put on a DVD and signed over to CI Charlie. We concluded the investigation about 7:00 PM.

The GMC CDR report recorded two events, a deployment and non-deployment event. The ignition cycles recorded at investigation were 8,545. The ignition cycles recorded at the deployment and non-deployment event were 8,545. The ignition cycle count being the same establishes that the data collected was from the crash being investigated. The deployment was recorded as event 1. The non-deployment was recorded as event 2. The driver seatbelt was recorded as unbuckled and the passenger seat was recorded as empty for both events. The longitudinal Delta-V for the deployment event recorded at 150 milliseconds was 15.5 MPH. The lateral Delta-V for the deployment event recorded at 150 milliseconds was 20.5 MPH. Page 15 recorded five seconds of pre-crash data for event 1 (accelerator pedal percent, service brake on/off, engine RPM, engine throttle percent, vehicle speed) in .5 second increments from -5 seconds to -.5 seconds for the deployment event. The speed recorded at -5 second was 1 MPH, -4.5 second 0 MPH, -4 second 0 MPH, -3.5 second 2 MPH, -3 second 7 MPH, -2.5 second 11 MPH, -2 second 15 MPH, -1.5 second 19 MPH, -1 second 23 MPH and -.5 second 27 MPH. Page 16 recorded event record 2 as the second event and the time between the event 1 and event 2 as 5.29 seconds. Page 27 recorded five seconds of pre-crash data for event 2 (accelerator pedal percent, service brake on/off, engine RPM, engine throttle percent, vehicle speed) in .5 second increments from -5 seconds to -.5 seconds. The speed recorded at -5 second was 32 MPH, -4.5 second 51 MPH, -4 second 47 MPH, -3.5 second 41 MPH, -3 second 34 MPH, -2.5 second 38 MPH, -2 second 39 MPH, -1.5 second 35 MPH, -1 second 34 MPH and -.5 second 34 MPH. For any further refer to CDR report.

Using the longitudinal (15.5 MPH) and lateral (20.5 MPH) Delta-V recorded at 150 milliseconds for event 1 I calculated a resultant Delta-V for the GMC of 25.7 MPH. Using the longitudinal and lateral Delta-V recorded at 150 milliseconds I calculated a Principal Direction of Force (PDOF) for the GMC of -127.14 degrees.

| STATE OF NEW MEXICO INCIDENT REPORT | ORI NO. NMNSP7700 | INCIDENT NO. 2018-11224 | PRIMARY Y | PAGE 7 | OF 9 |
|---|---|---|---|---|---|

The size tires on the GMC at investigation were 265/70R17. The factory recommended tire size for the GMC was 255/70R17. The size tires on the GMC were slightly bigger in circumference than the factory recommended size. This would cause an under reporting of speed on the speedometer by about 1 percent. The reported speed would be slightly slower than the ground speed. A speedometer reported speed of 30 MPH would be about 30.5 MPH. This was a negligible difference. The reported speed in whole numbers in the CDR report will be used in calculations.

The Expert Auto Stats weight of the GMC was 5,139 pounds. The weight of A███ J███ from his driver license was 230 pounds. The total weight of the GMC used in calculations was 5,369 pounds.

The Expert Auto Stats weight of the Kia was 2,949 pounds. The weight of Tavis Washburn from booking paperwork was 170 pounds. The weight of O███ W███ from his driver license was 172 pounds. The weight used for M███ W███ was 50 pounds (average two-year-old male 40 pounds plus 10 pounds for car seat). The total weight of the KIA used in calculations was 3,341 pounds.

Using the Delta-V of the GMC (25.7), the weight of the GMC (5,369) and the weight of the Kia (3,341) I calculated a Delta-V for the Kia of -41.3 MPH.

The CDR report recorded the GMC as accelerating from -4 second to -.5 second. There was no data recorded for time 0, which would have been impact. I calculated an acceleration rate for the GMC from -1 second (23 MPH) to -.5 second (27 MPH) of 11.74 feet per second. Using this acceleration rate, I calculated a speed of the GMC at time 0 of 31 MPH. 31 MPH will be used as the impact speed of the GMC in calculations.

I imported the Total Station data into a drawing program to create a diagram. Using roadway evidence (tire marks and gouges), vehicle damage and CDR data I placed models of the GMC and Kia at an approximate point of impact (APOI) on the diagram. The APOI was in the right southbound lane of US491. I measured the approach angle of the GMC as about 91 degrees and the approach angle of the Kia as about 53 degrees. I placed models of the GMC and Kia on the diagram at separation. I measured the departure angle of the GMC as about 67 degrees and the departure angle of the Kia as about 67 degrees.

Using the GMC data of Delta-V 25.7, PDOF -127.14 and impact speed of 31 MPH with the laws of sines and cosines, I calculated a departure speed of the GMC of 50 MPH and a change of center of mass movement of 23.78 degrees.

Using the GMC PDOF and the difference in the approach angles of the GMC and Kia (37 degrees) I calculated a PDOF for the Kia of 15.86 degrees. Using the Kia Delta-V -41.3 MPH, PDOF 15.86 degrees and change of center of mass movement 14 degrees with the laws of sines and cosines, I calculated an impact speed for the Kia of 85 MPH and a departure speed of 46 MPH.

If the measured approach and departure angles for the Kia are changed by two degrees either way in the same calculations the impact speed of the Kia will range from 79-92 MPH and the departure speed of the Kia will range from 41-54 MPH. As the Kia struck the GMC and pushed it ahead of the Kia after impact, it was not likely that the departure speed of the Kia exceeded the departure speed of the GMC. The upper range of speeds above the calculated 85 MPH impact speed and the 46 MPH departure speed was not likely. The lower range of speeds below the calculated 85 MPH impact speed and the 46

| STATE OF NEW MEXICO INCIDENT REPORT | ORI NO. NMNSP7700 | INCIDENT NO. 2018-11224 | PRIMARY Y | PAGE 8 | OF 9 |

MPH departure speed were possible. This range of speeds would be 79-85 MPH impact speed and 41-46 MPH departure speed.

The CDR report recorded the GMC accelerating from -4 second to -.5 second. The recording was in .5 second increments. The CDR recorded the speed of the GMC as 0 MPH at -4.5 second and -4 second. At -4 second the accelerator pedal percentage was recorded as 32 percent indicating Aaron Johnson was accelerating. I calculated a distance the GMC traveled for each .5 second increment from -4 second to time 0 as: 0-.5 second 21.26 feet, .5-1 second 18.33 feet, 1-1.5 second 15.39 feet, 1.5-2 second 12.46 feet, 2-2.5 second 9.53 feet, 2.5-3 second 6.6 feet, 3-3.5 feet 3.3 feet, 3.5-4 second .73 feet. The GMC would have been about 87 feet from impact at 4 second.

Using the calculated impact speed of the Kia of 85 MPH as a constant speed I calculated the distance the Kia traveled for each .5 second interval from 0-4 second as 62.3 feet. The Kia would have been about 498 feet from the impact at 4 second.

I plotted the GMC and Kia position on the diagram at each .5 second interval from impact (time 0) to 4 second.

On February 15, 2018, about 10:00 PM, a 2008 Kia was southbound on US491 near mile post 68. This was by a community called Little Water. The Kia was driven by Tavis Washburn with passengers M▓▓▓ W▓▓▓ (2-year-old) and O▓▓▓ W▓▓▓. There was an Express gas station/convenience store on the west side of the road. There were two entrance/exits to US491 from the Express station, one on the north side and one on the south side of the Express station. About the same time a 2015 GMC pickup was entering US491 from the north entrance/exit to the Express station. The GMC was driven by A▓▓▓ J▓▓▓, the only occupant of the GMC. The GMC was making a right turn to head south on US491. The front of the Kia struck the driver side of the GMC in the right southbound lane of US491. The calculated impact speed of the Kia was 85 MPH. The calculated speed of the GMC at impact was 31 MPH. O▓▓▓ W▓▓▓ was killed in the collision. The Kia traveled southeast from impact across the right lane of US491, across the left turn lane, across the raised median curb and rotated to final rest in the northbound lanes of US491 facing northwest upright on the tires. The calculated post-crash speed of the Kia was 46 MPH. The GMC traveled southeast from impact across the right lane of US491, across the left lane, across the left turn lane, across the raised median curb, across the northbound lanes of US491 to the southeast corner of US491 and side road, across the dirt right of way on the southeast corner, through the right of way fence and came to final rest facing east upright on the tires. The calculated post-crash speed of the GMC was 50 MPH. Tavis Washburn was suspected of being impaired by alcohol.

Attachments:
SL-1, copy of GMC consent to search
SL-2, copy of Kia consent to search
SL-3, copy of UCR 23309277
SL-4, copy of GMC CDR report
SL-5, copy of Diagram
SL-6, copy of calculations

End of report.

| STATE OF NEW MEXICO INCIDENT REPORT | | ORI NO. NMNSP7700 | INCIDENT NO. 2018-11224 | PRIMARY Y | PAGE 9 | OF 9 |
|---|---|---|---|---|---|---|
| "I WILL PROSECUTE / TESTIFY SHOULD THE OFFENDER" Y N | "I UNDERSTAND IT IS A CRIMINAL OFFENSE TO FILE A FALSE REPORT TO POLICE." | COMPLAINTANT / VICTIM CERTIFICATION SIGNATURE  X | | | DATE | |
| REPORTING OFFICER STANLEY LUNDY | | RANK PATROLMAN | I.D. NO 107698 | | 05/11/2018 | |
| ASSISTING OFFICER | | | | | | |
| APPROVING OFFICER LAUREN MILLIGAN | | SERGEANT | 104673 | | 05/11/2018 | |
| REFERRED TO | | | | | | |
| CASE AGENT | | | | | | |
| DETECTIVE / FOLLOW-UP OFFICER | | | | | | |
| PROCESSED BY | DATE | DATA ENTRY PERSON SLUNDY | | | 04/30/2018 | |
| INCIDENT STATUS PENDING COURT | C.L.A.   C.L.E. | EXCEPTIONAL CLEARANCE CODE | | | | |
| AGENCY OPTIONAL USE (DISTRIBUTION, OTHER OFFICERS, ETC.) | | | CASES CLEARED BY THIS ARREST Case No.   Case No.   Case No. | | | |