PS8
(8/88)

# UNITED STATES DISTRICT COURT
## for
## NEW MEXICO

U.S.A. vs **Tavis Washburn** . Docket No. 1:19CR02072-001-MV

Petition for Action on Conditions of Pretrial Release

COMES NOW Anthony L. Carter PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of Tavis Washburn who was placed under pretrial release supervision by the Honorable Jerry H. Ritter United States Magistrate Judge, sitting in the court at **Albuquerque, New Mexico**, on November 13, 2018, with conditions which included the following:

1. (6)(a)(b)(c): The defendant is placed in the custody of the La Pasada Halfway House, who agrees to supervise the defendant, use every effort to assure the defendant's appearance at all court proceedings, and notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

2. (7)(j): The defendant must maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.

3. (7)(l): The defendant must not use alcohol at all.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**
On December 1, 2019, the defendant submitted three breath alcohol content tests that revealed positive results. The defendant blew a .148 and after a ten-minute depravation period the defendant blew a .168. The third test resulted in a breath alcohol content of .159. On December 2, 2019, the defendant submitted a breath alcohol content test that revealed positive results. The defendant blew a .297. The La Pasada Halfway House Program Director advised they are no longer willing to serve as the defendant's third-party custodian. The La Pasada Halfway House Program Director contacted the United States Probation office and advised that the defendant had absconded from the facility on December 2, 2019.

PRAYING THAT THE COURT WILL ORDER A WARRANT FOR THE DEFENDANT'S ARREST

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: **December 2, 2019**

_/s/ Anthony L. Carter_

**Anthony L. Carter**
**United States Probation Officer**

Place; **Albuquerque, New Mexico**