# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Kirtan Khalsa

Initial/Show Cause/Detention - PTR

| | | | |
|---|---|---|---|
| Case Number: | 19-CR-2072 MV | UNITED STATES vs. WASHBURN | |
| Hearing Date: | 12/4/2019 | Time In and Out: | 9:38 am – 9:42 am |
| Courtroom Deputy: | K. Dapson | Courtroom: | Rio Grande |
| Defendant: | Tavis Washburn | Defendant's Counsel: | Alejandro Fernandez |
| AUSA: | Allison Jaros | Pretrial/Probation: | A. Carter |
| Interpreter: | | Witness: | |

## Initial Appearance

- ☒ Defendant received a copy of charging document
- ☒ Court advises defendant(s) of possible penalties and all constitutional rights
- ☐ Defendant
- ☒ Government moves to detain         ☐ Government does not recommend detention
- ☐ Set for          on             @

## Preliminary/Show Cause/Identity

- ☒ Defendant waives Show Cause Hearing
- ☒ Court finds probable cause         ☐ Court does not find probable cause

## Detention

- ☒ Defendant waives Detention Hearing
- ☐

## Custody Status

- ☒ Defendant remanded to custody of United States Marshal's Service
- ☐ Conditions

## Other

- ☐ Matter referred to       for Final Revocation Hearing
- ☐