AO 442 (Rev. 08/14) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
## District of New Mexico

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) |
| | ) Case No. 1084 1:19CR02072-001-MV |
| Tavis Washburn | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay Tavis R. Washburn, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☒ Order of the Court

This offense is briefly described as follows:

On December 1, 2019, the defendant submitted three breath alcohol content tests that revealed positive results. The defendant blew a .148 and after a ten-minute depravation period the defendant blew a .168. The third test resulted in a breath alcohol content of .159. On December 2, 2019, the defendant submitted a breath alcohol content test that revealed positive results. The defendant blew a .297. The La Pasada Halfway House Program Director advised they are no longer willing to serve as the defendant's third-party custodian. The La Pasada Halfway House Program Director contacted the United States Probation office and advised that the defendant had absconded from the facility on December 2, 2019.

Date: 12-2-19

City and state: Alb. NM

*Issuing Officer's signature*

MITCHELL R. ELFERS, CLERK OF COURT
*Printed name and title*

### Return

This warrant was received on (date) 12/3/2019, and the person was arrested on (date) 12/4/2019
at (city and state) Albuquerque, New Mexico.

Date: 12/4/2019

*Arresting officer's signature*

Juan-Carlos Guerra, Special Agent, FBI
*Printed name and title*