IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

    Plaintiff,

vs.                                                  CRIM. NO. 19-2072 MV

**TAVIS WASHBURN,**

    Defendant.

## **O R D E R**

**THIS MATTER** is before the Court for hearing, the Court having found that the Defendant Tavis Washburn violated his conditions of release, and the Court being fully advised in the premises;

IT IS THEREFORE ORDERED that the conditions of release previously imposed are hereby REVOKED; and that the Defendant Tavis Washburn, be remanded to the custody of the U.S. Marshal Service pending final disposition in this matter.

*signature: Kirtan Khalsa*
KIRTAN KHALSA
US MAGISTRATE JUDGE