UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
# SENTENCING MINUTE SHEET

| | | | | |
|---|---|---|---|---|
| CR No. | 19-2072-MV | | USA vs. | Washburn |
| Date: | February 13, 2020 | | Name of Deft: | Tavis Washburn |
| | Before the Honorable | | Martha Vázquez | |

| | | | | |
|---|---|---|---|---|
| Time In/Out: | 9:30 a.m. / 10:32 a.m. | | Total Time in Court (for JS10): | 1 hour, 2 minutes |
| Clerk: | Linda Romero | | Court Reporter: | Carmela McAlister |
| AUSA: | Allison Jaros | | Defendant's Counsel: | Alejandro Fernandez |
| Sentencing in: | Santa Fe, New Mexico | | Interpreter: | |
| Probation Officer: | Martine Lopez-Bowers | | Sworn? | Yes / No |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Convicted on: | **X** | Plea | | Verdict | As to: | **X** Information | Indictment |
| If Plea: | **X** | Accepted | | Not Accepted | Adjudged/Found Guilty on Counts: | | |
| If Plea Agreement: | **X** | Accepted | | Not Accepted | No Plea Agreement | Comments: | |
| Date of Plea/Verdict: | 7/12/19 | | | | PSR: | **X** Not Disputed | Disputed |
| PSR: | **X** | Court Adopts PSR Findings | | | Evidentiary Hearing: | **X** Not Needed | Needed |
| Exceptions to PSR: | | | | | | | |

## SENTENCE IMPOSED

Imprisonment (BOP): 35 months as to Count 1, 36 months as to Count 2, to be run consecutively, for a total term of imprisonment of 71 months

| | | | | |
|---|---|---|---|---|
| Supervised Release: | 3 years as to Count 1, 1 year as to Count 2, to be run concurrently, for a total term of supervision of 3 years | Probation: | | **X** 500-Hour Drug Program |

| | |
|---|---|
| Court recommends ICE begin removal proceedings immediately or during service of sentence | ICE not applicable |

### SPECIAL CONDITIONS OF SUPERVISION

| | | | | |
|---|---|---|---|---|
| | No re-entry without legal authorization | | | Home confinement for     months     days |
| **X** | Substance abuse testing | | | Community service for     months     days |
| **X** | Substance abuse treatment program (waive confidentiality) | | **X** | Reside residential reentry center for up to 6 months |
| | Mental health treatment program | | | Register as sex offender |
| **X** | No alcohol/intoxicants | | | Participate in sex offender treatment program |
| | Submit to search of person/property | | | Possess no sexual material |
| | No contact with victim(s) and/or co-Deft(s) | | | No computer with access to online services |
| | No entering, or loitering near, victim's residence | | | No contact with children under 18 years |
| | Provide financial information | | | No volunteering where children supervised |
| | Grant limited waiver of confidentiality | | | Restricted from occupation with access to children |
| | | | | No loitering within 100 feet of school yards |
| **X** | OTHER: Ignition interlock device in any vehicle that operated for a period of 1 year. | | | |

| | | | | |
|---|---|---|---|---|
| Fine: | $ 0 | | Restitution: $ | **Left open for 90 days** |
| SPA: | $ 200     ($100 as to each Count) | | Payment Schedule: | **X** Due Imm.     Waived |
| OTHER: | | | | |

| | | | |
|---|---|---|---|
| | Advised of Right to Appeal | **X** | Waived Appeal Rights per Plea Agreement |
| **X** | Held in Custody | | Voluntary Surrender |
| **X** | Recommended place(s) of incarceration: | | FCI Florence or FCI Black Canyon (Phoenix) |
| | Dismissed Counts: | | |

UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
**SENTENCING MINUTE SHEET**

| | |
|---|---|
| OTHER COMMENTS | Court addresses defendant.   Defense counsel addresses Court.   Defendant addresses Court.   Court addresses defendant.   Government counsel addresses Court.   Victim's representative addresses Court.   Court addresses defendant and imposes sentence. |